AO 91 (Rev. 11/11)  Criminal Complaint

| | |
|---|---|
| AUSA: Jeanine Brunson | Telephone: (313) 226-9100 |
| Task Force Officer: Andy Racine | Telephone: (248) 879-6090 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Gregory Calvin Horsley Jr.

Case No.

Case: 2:21−mj−30284
Assigned To : Unassigned
Assign. Date : 6/9/2021
Description: RE: SEALED MATTER (EOB)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 14, 2021__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (Three Counts) 18 U.S.C. § 2119 | Carjacking |
| (Three Counts) 18 U.S.C. § 924(c) | Use of a firearm in relation to a crime of violence (carjacking) |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Andy Racine, Task Force Officer (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 9, 2021__

*Judge's signature*

City and state: __Detroit, Michigan__    Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Racine, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND OFFICER'S BACKGROUND

1. I am a sworn Police Officer with Bloomfield Township Police Department in the County of Oakland, State of Michigan, currently assigned as a Task Force Officer to the Federal Bureau of Investigation (FBI) Oakland County Gang and Violent Crime Task Force (OCGVCTF) and have been employed as a police officer since April 2005.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3. I have personal knowledge of the facts set forth herein or have been provided information by other law enforcement officers having personal knowledge of the facts set forth herein. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I was not included in every fact known concerning this investigation, rather I have set forth only the facts necessary to establish probable cause.

4. This affidavit is made in support of a criminal complaint charging GREGORY CALVIN HORSLEY JR. with three counts of taking a motor vehicle

1

transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation and with intent to cause death or serious bodily harm in violation of 18 U.S.C. § 2119.

5. This affidavit is also made in support of a criminal complaint charging HORSLEY with three counts of use of a firearm in relation to a crime of violence (carjacking) in violation of 18 U.S.C. § 924(c).

**FACTS ESTABLISHING PROBABLE CAUSE**

6. I am investigating a series of crimes committed by HORSLEY on May 14, 2021, that included two attempted carjackings and a shooting that occurred in Beverly Hills, Michigan, and one carjacking that occurred in Southfield, Michigan. These incidents occurred in the area of Evergreen Road and 13 Mile Road in and around the border of Beverly Hills and Southfield, all within the Eastern District of Michigan.

7. At the time of the crime and before being identified as being HORSLEY, the suspect was described as a black male, approximately 18-24 years old, 5'03", medium complexion, long dread style hair, wearing a black sweatshirt and pants.

8. The suspect was observed on the east side of Evergreen Road across from Elwood Street, which is located south of 13 Mile Road, carrying a black assault-type rifle in his hands. The suspect walked into the roadway and

approached the front of a white 2019 Chevrolet Equinox bearing Michigan license plate number Lxxxxxx, which was manufactured outside the State of Michigan and traveled in interstate commerce, that was southbound on Evergreen Road near Elwood Street. The 16-year-old driver observed the suspect walking toward the front of his vehicle and then stop in the roadway in front of it. The suspect pointed the assault rifle directly at the driver through the windshield. Fearing that he would be carjacked, the teenager attempted to drive away from the suspect. The suspect fired multiple rounds into the Equinox narrowly missing the 16-year-old driver.



9. The suspect then walked northbound on Evergreen Road and approached a blue 2019 Ford Edge bearing Michigan license plate number 1xxxxx, which was manufactured outside the State of Michigan and traveled in interstate commerce, driven by a female driver. The suspect again pointed the firearm at the driver and told her he needed her vehicle. The driver of the Ford Edge exited the vehicle. The suspect then entered the vehicle and attempted to drive away but was unable to do so as the key fob, which was still with the driver of the vehicle, was out of range of the vehicle.

3

10. The suspect then exited the vehicle and approached a third vehicle, a black 2016 Toyota Corolla bearing Michigan license plate number Exxxxxx, which was manufactured outside of the State of Michigan and traveled in interstate commerce. The suspect pointed the firearm at the head of the driver of this vehicle and ordered him out. The driver exited the car. The suspect then entered this vehicle and fled the scene northbound on Evergreen Road.

11. The Southfield Police Department obtained images from a cell phone video from a witness that recorded the contact between the suspect and the driver of the Ford Edge. A review of the still images from the phone video recording revealed the suspect was a short black male, clean-shaven with long dreads, wearing a black zip-up sweatshirt, black pants, and a grey t-shirt underneath with a possible black Adidas logo on the front. The suspect is holding the firearm that he brandished and discharged during the carjackings.



4

12. On May 19, 2021, the Beverly Hills Police Department received an anonymous tip identifying the individual responsible for these crimes as "GREGORY" who is or was a student at the Chandler Park Academy located in Harper Woods, Michigan. Further investigation revealed GREGORY CALVIN HORSLEY JR. graduated from Chandler Park Academy in 2019.

13. A search of the Michigan Secretary of State (SOS) database revealed HORSLEY was listed as a black male, 4'10", 110 pounds. HORSLEY's associated driver's license photograph showed he was clean-shaven with long dreadlocks in his hair. In addition, HORSLEY had a listed address of 1xxxx Bonita Street, Detroit, Michigan.



14. A comparison of HORSLEY's driver's license listed physical characteristics along with his driver's license photograph to the still images from the video of the incident revealed HORSLEY had similar physical characteristics to the suspect who committed the carjackings and shooting.

5

15. Task Force Officers canvassed the surrounding businesses for additional surveillance footage that revealed the victim's vehicle departed the area of the carjacking and shooting northbound on Evergreen Road and then eastbound on 13 Mile Road, then southbound on Southfield Road. Surveillance footage reviewed at the Lathrup Village Police Department located at 27400 Southfield Road, Lathrup Village, Michigan, revealed the stolen vehicle continued southbound on Southfield Road at approximately 3:43 p.m.

16. On May 20, 2021, a State of Michigan search warrant for GPS location information and pen register (cell site) information on T-Mobile cellular telephone number (313) 455-xxxx, which was believed to be used by HORSLEY, was authorized in the State of Michigan 46th District Court.

17. Data records for HORSLEY's cell phone revealed the following on May 14, 2021:

    a. Between approximately 3:30 p.m. and approximately 3:50 p.m., this device was in the geographic area of Lathrup Village, Michigan. At approximately 3:43 p.m., the victim's vehicle was observed on CCTV traveling southbound Southfield Road in front of the Lathrup Village Police Department.

    b. This device then traveled to the geographic area of the Walmart located at 3301 N. Pontiac Trail, Commerce Township, Michigan, arriving around 4:50 p.m. and departing around 5:10 p.m. Surveillance video from the Walmart showed at

|     | approximately 4:52 p.m., the victim's vehicle entering the parking lot from eastbound Pontiac Trail and driving around the lot before departing at approximately 5:05 p.m. |
| --- | --- |
| c.  | This device then traveled to the geographic area of the Mobil Gas Station located at 268 Highland Road, Highland, Michigan, arriving in the area around 6:20 p.m. and then departing the area around 6:50 p.m.  Surveillance video from the Mobile Gas Station at approximately 6:23 p.m., revealed the victim's vehicle pulling into a gas pump, parking, and HORSLEY exiting the vehicle.  After walking into the store, HORSLEY purchased a bag of candy using a credit card registered in his name.  While in the store, HORSLEY removed his jacket revealing that he was still wearing the same clothes from the carjacking and shooting.  HORSLEY departed the gas station in the victim's vehicle at approximately 6:48 p.m. |
| d.  | This device then traveled back to the geographic area of the Walmart.  The device arrived in the area around 8:00 p.m. and then departed around 11:00 p.m.  Walmart surveillance footage showed the victim's vehicle entering the parking lot at approximately 8:17 p.m., and parking.  The video captured HORSLEY entering the store carrying a white bag and walking into the restroom.  HORSLEY exited the restroom approximately 45 minutes later and walked to the front vestibule area, where he appeared to be on his phone. HORSLEY entered an unknown vehicle and departed the area at approximately 11:00 p.m. |

  e. Around 11:30 p.m., the device entered the geographic area of the Red Roof Inn located at 26300 Dequindre Road, Warren, Michigan. Surveillance video from the Red Roof Inn at approximately 11:36 p.m., showed HORSLEY entering the lobby still wearing the same clothes from the carjacking and shooting. HORSLEY rented a room under his name and used a credit card in his name to pay for it.

18. On May 27, 2021, Task Force Officers responded to the area of the Walmart and located the victim's stolen vehicle parked and abandoned in the parking lot in the same area it was left on May 14, 2021.

## CONCLUSION

19. Based on the above information, probable cause exists that HORSLEY attempted to take and/or did take three motor vehicles transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation and with intent to cause death or serious bodily harm, in violation of 18 U.S.C. § 2119, and used, brandished, and discharged a firearm in relation to these crimes of violence (carjacking), in violation of 18 U.S.C. § 924(c).

20. In consideration of the foregoing, I respectfully request that this Court issue a complaint against HORSLEY for three violations of 18 U.S.C. §§ 2119 and 924(c)(1)(A).

21. Further in consideration of the foregoing, I respectfully request that this Court issue an arrest warrant for HORSLEY for three violations of 18 U.S.C. §§ 2119 and 924(c)(1)(A).

Respectfully submitted,

_____
Andy Racine, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Date: June 9, 2021

9